```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

TOTAL FILTRATION SERVICES, INC.      )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Case No. 3:06-0624
                                     )    Judge Echols
A.T. KEARNEY, INC., ELECTRONIC       )
DATA SYSTEMS CORPORATION, EDS MRO    )
SYSTEMS, and EDS INFORMATION         )
SYSTEMS, LLC,                        )
                                     )
        Defendants.                  )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendants A.T. Kearney, Inc., Electronic Data Systems Corporation, EDS MRO Systems and EDS Information Systems LLC's "Renewed Motion to Dismiss or, in the Alternative, to Transfer Venue" (Docket Entry No. 22)[1] is hereby DENIED. Defendants may file a Motion to Transfer Venue after the parties have conducted discovery on the issue of whether this case

---

[1] Defendants filed a Motion to Dismiss or Transfer (Docket Entry No. 8), and a Memorandum in Support (Docket Entry No. 9), in response to Plaintiff's original Complaint, to which Plaintiff filed a Response (Docket Entry No. 12). Plaintiff then filed its Amended Complaint, to which Defendants renewed their motion and the parties adopted their previously filed memoranda in support of and in opposition to the motion. (See Docket Entry Nos. 22, 24). By virtue of the Court's ruling on Defendants' Renewed Motion to Dismiss (Docket Entry No. 22), their original Motion (Docket Entry No. 8) is likewise DENIED.

should be transferred to the Eastern District of Michigan. Any such Motion to Transfer shall be filed within sixty (60) days of the date of entry of this Order.

This case is returned to the Magistrate Judge for further proceedings under Rule 17.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE