UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOTAL FILTRATION SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-0624 |
| ) | Judge Echols |
| A.T. KEARNEY, INC., ELECTRONIC ) | |
| DATA SYSTEMS CORPORATION, EDS MRO ) | |
| SYSTEMS, and EDS INFORMATION ) | |
| SYSTEMS, LLC, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendants A.T. Kearney, Inc., Electronic Data Systems Corporation, EDS MRO Systems and EDS Information Services LLC's "Renewed Motion to Transfer Venue" (Docket Entry No. 37) is GRANTED and the Clerk is hereby DIRECTED to TRANSFER this case to the United States District Court for the Eastern District of Michigan; and

(2) "Defendants' Request for Leave to File a Reply" (Docket Entry No. 41) is hereby GRANTED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE